UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT JOSEPH BICKHAM, | * | |
| Plaintiff, | * | CIVIL ACTION NO. 12-39 |
| VERSUS | * | SECTION " " ( )  SECT. L MAG. 3 |
| UBS FINANCIAL SERVICES INC., | * | JUDGE |
| Defendant. | * | MAGISTRATE JUDGE |

## JUDGMENT

Considering the Motion to Confirm Arbitration Award filed by Plaintiff Robert Joseph Bickham, and for good cause shown:

**IT IS ORDERED,** that the Motion to Confirm Arbitration Award filed by Robert Joseph Bickham is **GRANTED** and the arbitration award in FINRA Arbitration No. 11-02056, captioned *Bickham v. UBS Financial Services Inc.*, be and is hereby **CONFIRMED**. Therefore,

**IT IS FURTHER ORDERED** that all reference to FINRA Arbitration No. 09-03723, *Tom Bishop v. UBS Financial Services Inc.*, be expunged from Robert Joseph Bickham's registration records maintained by FINRA's Central Registration Depository.

Signed in New Orleans, Louisiana, this ____ day of January, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE